UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 31, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON DIAZ,

    Defendant.

Case No. 2:14-mj-00020-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RAMON DIAZ__,

Case No. __2:14-mj-00020-KJN__, from custody for the following reasons:

    ____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ _____

        __X__ Unsecured Appearance Bond $ __75,000.00__

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

        __X__ (Other): __Pretrial Services conditions__

Issued at Sacramento, California on January 31, 2014 at 2:00 p.m.

By: _____

Magistrate Judge Kendall J. Newman