|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 20, 2014<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAMON DIAZ,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00040-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAMON DIAZ ,

Case No.  2:14-cr-00040-WBS  from custody for the following reasons:

　　　**X**　Release on Personal Recognizance

　　　＿＿　Bail Posted in the Sum of $ ＿＿＿＿＿＿＿＿＿＿＿

　　　　　　＿＿　Unsecured Appearance Bond $ ＿＿＿＿＿＿＿＿＿

　　　　　　＿＿　Appearance Bond with 10% Deposit

　　　　　　＿＿　Appearance Bond with Surety

　　　　　　＿＿　Corporate Surety Bail Bond

　　　**X**　(Other):     Pretrial services conditions previously imposed.

Issued at Sacramento, California on February 20, 2014 at 2:50 PM

　　　　　　　　　　　By: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney