PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
RAMON DIAZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>RAMON DIAZ,<br>        Defendant. | CASE NO. CASE NO. 2:14-cr-00040-WBS<br><br>REQUEST AND ~~PROPOSED~~ ORDER FOR PERMISSION FOR DEFENDANT'S TRAVEL TO LOS ANGELES TEMPORARY MODIFICATION OF PRETRIAL RELEASE |

      The family of Ramon Diaz currently has vacation plans to travel to Universal Studios on November 27, 2014, until November 30, 2014. Defendant respectfully requests that the Court allow him to temporarily travel to the Los Angeles Area with his wife, Maria Perez and his children Ivan Diaz age 11, and Valeria Diaz age 5, on this family vacation.

      Defendant was ordered released by Magistrate Judge Kendall J. Newman on January 31, 2014, pursuant to the "Bail Reform Act of 1984" and Conditions of Release. One of the conditions of pretrial release was monitoring through an ankle bracelet. Defendant respectfully Requests that the ankle bracelet be temporarily removed to allow him to travel to the Los Angeles area.

      Upon his return to the Eastern District of California, Defendant will comply with any and all orders for replacement of the ankle bracelet and any other temporarily suspended pretrial release conditions. Lydia Serrano of Pretrial Services has indicated she has no objections to this

1

travel request. Assistant United States Attorney Michael McCoy has been advised of this travel request and has no objection to the travel request.

Dated: November 25, 2014
/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
RAMON DIAZ

## ORDER

IT IS HEREBY ORDERED that Defendant Ramon Diaz is temporarily permitted to travel to the Los Angeles area with his family commencing on November 27, 2014, and returning on November 30, 2014.

IT IS FURTHER ORDERED that Pretrial Services remove the ankle bracelet of Defendant Ramon Diaz, to allow him to travel to the Los Angeles area and temporarily suspend any conditions of his pretrial release which cannot reasonably be complied with during his absence.

IT IS FURTHER ORDERED that Defendant Ramon Diaz, return forthwith to the Eastern District of California on November 30, 2014, and report to Pretrial Services immediately upon his return for reimposition of any temporarily suspended conditions of his pretrial release.

IT IS SO ORDERED.

Dated: November 25, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE