PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
Attymartinezp@yahoo.com

Attorney for Defendant
RAMON DIAZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>  vs.<br>RAMON DIAZ,<br>       Defendant. | CASE NO. 2:14-CR-00040-WBS<br><br>STIPULATION [PROPOSED ORDER] TO TERMINATE LOCATION MONITORING PROGRAM |

      Attorney Preciliano Martinez, Counsel for Defendant Ramon Diaz, with the consent and approval of Pretrial Services Officer Renee Basurto respectfully requests that the Defendant's location monitoring condition be removed. Defendant was originally ordered released by Magistrate Judge Kendall J. Newman on January 31, 2014, on an unsecured $75,000.00 bond.

      Removal of the location monitoring program is requested because the defendant has been in full compliance with the conditions of release since said conditions were imposed. The Defendant is to remain in compliance with all the rules and regulations set forth in the Amended Special Conditions of Release (attached) that continue to be in full force and effect.

The court is advised that counsel and pretrial services have conferred about this request and that there is no objection from Assistant U.S. Attorney Michael McCoy or Pretrial Service Officer Renee Basurto for the termination of the location monitoring program.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  December 10, 2014

/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
RAMON DIAZ

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the location monitoring program be terminated, and that all other conditions of pretrial release remain in full force and effect.

Dated:  December 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE