**PRECILIANO MARTINEZ**
**ATTORNEY AT LAW**
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, California 95354
PHONE: (209) 579-2206
FAX: (209) 579-2211
EMAIL: attymartinezp@yahoo.com

ATTORNEY FOR Defendant,
RAMON DIAZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR00040-14-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO TERMINATE PROBATION** |
| Ramon Diaz, | |
| Defendant. | |

**TO:   THE HONORABLE JUDGE WILLIAM B. SHUBB**

The United States of America, by and through its representative, Justin Lee and the Defendant, Ramon Diaz, by and through his attorney of record, Preciliano Martinez hereby stipulate that the Defendant's probation of 24 months issued on August 28, 2017, be terminated forthwith in that the Defendant, Ramon Diaz, has complied with all the terms of his probation for a period of 22 months.  Probation Officer Adrian Garcia is in agreement with the Defendant's early termination of probation.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:   July 17, 2019     By:   */s/Preciliano Martinez*
                                   PRECILIANO MARTINEZ
                                   Attorney for Defendant SURJIT TOOR

---

1
STIPULATION AND ORDER TO TERMINATE SUPERVISED RELEASE
CASE NO.: 1:14CR00163-001

| | | | |
|---|---|---|---|
| DATED: | July 17, 2019 | By: | */s/Justin Lee* |
| | | | Justin Lee |
| | | | Assistant United States Attorney |

## ORDER

Upon good cause the probationary period of Defendant, Ramon Diaz is hereby Terminated forthwith.

**IT IS SO ORDERED**.

Dated: July 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE